# Troy & Associates, PLLC

## ATTORNEYS /COUNSELORS AT LAW

Tel: 718 762 1324   tsaihongjang@hotmail.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

December 28, 2012

**VIA ECF**
Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

            **Re: Withdrawal of the Complaint Without Prejudice**
                *Xia Ping Pu a/k/a Lisa Pu v. Hui Qin, Jian Qin, and Do Liu*
                <u>Civil Action No.: CV 12-513</u>

Dear Judge Boyle:

      This letter is to respectfully request the Court to grant withdrawal of the Complaint without prejudice in the above-referenced case.

      After the Complaint was filed, we have tried and failed to communicate with the client to provide us with the physical characteristics and features of the Defendants for service. Further attempts to contact client have also proved to be unsuccessful. As a result, the Complaint and Summons have not been served.

      Therefore, without the client's cooperation, we are unable to effectively proceed in this case. Thank you for your time and consideration.

                                    Very Truly Yours,

                                    <u>/S/ John Troy</u>
                                    John Troy (JT0481)
                                    Attorney for Plaintiff